**Order filed, October 7, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00570-CV**

_____

**NEREYDA CALDERON, INDIVIDUALLY AS AS NEXT FRIEND OF C.L. AND Z.L., MINORS; AND ELIDA LOMELI, INDIVIDUALLY AS AS NEXT FRIEND OF A.L. AND A.C., MINORS, Appellant**

**V.**

**MARIO GIOBANNY TORRES, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2017-09288**

## ORDER

The reporter's record in this case was due September 19, 2022. *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on September 20, 2022. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Julia Rivera**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise, and Hassan.